UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Karamelion LLC

                Plaintiff,

v.                                                  Case No.: 1:19–cv–06329
                                                   Honorable Edmond E. Chang

Elexa Consumer Products, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 27, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: On review of Defendant's motion [17] to dismiss, the motion is denied. Defendant argues that formal claim construction is not needed before dismissing the case, but that is not accurate, at least as far as the Court can tell at the pleading stage with its attendant limitations. First, Defendant argues that the two patents claim a system, and not merely a component of a system. But Claim 1 of each patent, before the text that Defendant put in bold face, both start with "An appliance controller *for*" (emphasis added) a system, and does not necessarily claim a system itself in its entirety. Second, Defendant cites to prosecution history exhibits, but that is not properly considered in a dismissal motion. The complaint otherwise alleges, on facts that must be deemed true for now, that the accused products practice the patent, relying on online product descriptions and specification used to advertise the products. R. 1 at 9–19, 19–23. The motion is denied. Defendant shall file its answer to the complaint by 01/13/2020. The status hearing of 01/09/2020 is reset to 02/11/2020 at 9:30 a.m.Emailed notice(eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.