IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KARAMELION LLC,<br><br>        Plaintiff<br><br>v.<br><br>ELEXA CONSUMER PRODUCTS, INC.,<br><br>        Defendant. | C.A. No. 1:19-cv-6329<br><br>Hon. Judge Edmond Chang |
| KARAMELION LLC,<br><br>        Plaintiff<br><br>v.<br><br>FIBAR USA LLC,<br><br>        Defendant. | C.A. No. 1:19-cv-6330<br><br>Hon. Judge Sharon Johnson Coleman |

**JOINT MOTION FOR REASSIGNMENT OF RELATED
CASE No. 1:19-cv-6330**

Under Local Rule 40.4, Plaintiff Karamelion LLC and Defendant Fibar USA LLC respectfully request that the Court reassign Case No. 19-CV-06330, captioned *Karamelion LLC v. Fibar USA LLC* pending before the Honorable Judge Sharon Johnson Coleman, to the Honorable Judge Edmond Chang.

    1.    The basis for this Motion for Reassignment is the relatedness of this case to a case pending before Judge Chang: *Karamelion LLC v. Elexa Consumer Products, Inc.,* Case No. 1:19-cv-6329.

1

2. Specifically, this case involves the same Plaintiff, Karamelion LLC, and the same asserted patents, U.S. Patent Nos. 6,275,166 ("'166 patent") and 6,873,245 ("'245 patent"), as the previously filed case.

3. Under Local Rule 40.4(a), two or more civil cases may be related if one or more of these conditions are met: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, one or more of the classes involved in the cases is or are the same. Here, conditions one (in part) and two are met.

4. Both cases, No. 1:19-cv-6329 and No. 19-CV-06330, involve the same patents. Karamelion is alleging infringement of the '166 patent and the '245 patent. *Compare*, Case No. 1:19-cv-6329, Complaint at ¶¶ 18, 29 [Dkt. #1] and Case No. 19-CV-06330, Complaint at ¶¶ 18, 29 [Dkt. #1] (Ex. 1).

5. Likewise, these matters will involve some of the same issues of fact or law. The Complaints of both cases allege the infringement of the '166 and '245 patents. *Compare*, Case No. 1:19-cv-6329, Complaint at ¶¶ 18, 29 [Dkt. #1] and Case No. 19-cv-06330, Complaint at ¶¶ 18,29 [Dkt. #1] (Ex. A). Both cases will address claim construction of terms from the claims of the '166 and '245 patents. Defendant Fibar has also filed a Motion to Dismiss and intends to plead defenses that overlap some of the defenses alleged by Defendant Elexa. *Compare* Case No. 1:19-cv-6329, Answer at 16-17 [Dkt. #1] *with* Joint Initial Status Report in Case No. 1:19-cv-06330, Dkt. #18 at 1.c (Ex. 2) and Case No. 19-cv-06330, Motion to Dismiss [Dkt. #23].

6. Handling both cases by the same judge is likely to result in a substantial savings of judicial time and effort.

7. The following is the status of the case sought to be reassigned, Case No. 1:19-cv-06330. On January 21, 2020, Defendant Fibar filed a Motion to Dismiss in response to the Complaint. No briefing schedule has been set. The parties filed a Joint Initial Status Report; however, no case schedule has been set.

8. Pursuant to Local Rule 40.4(c), a copy of the Complaint in the higher-numbered case that is the subject of this motion is attached as Exhibit 1. The Joint Initial Status Report filed in Case No. 1:19-cv-06330, Dkt. #18, is attached as Exhibit 2 for the Court's convenience.

9. Under Local Rule 40.4(c), this motion is being filed in the lowest numbered case of the related cases.

Because of the relatedness of the two pending matters and the substantial saving of judicial time and effort that are likely to result from the handling of both cases by the same judge, Plaintiff and Defendant move under Local Rule 40.4 that Case No. 19-CV-06330 be reassigned to Judge Edmond Chang.

Dated: January 27, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ David R. Bennett* | */s/ Gregory C. Schodde* |
| David R. Bennett | Gregory C. Schodde |
| Direction IP Law | McAndrews, Held & Malloy, Ltd. |
| P.O. Box 14184 | 500 W. Madison, 34th Floor |
| Chicago, IL 60614-0184 | Chicago, IL 60661 |
| Telephone: (312) 291-1667 | Telephone: (312) 775-8000 |
| e-mail: dbennett@directionip.com | e-mail: GSchodde@mcandrews-ip.com |
| *Counsel for Plaintiff Karamelion LLC* | *Counsel for Defendant Fibar USA LLC* |